**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7021**

_____

UNITED STATES OF AMERICA,

                      Plaintiff - Appellee,

      versus

ALBERT H. DOLES, JR.,

                      Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-00-202)

_____

Submitted: September 24, 2002      Decided: October 16, 2002

_____

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert H. Doles, Jr., Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert H. Doles, Jr., appeals the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Doles</u>, No. CR-00-202 (E.D. Va. Mar. 20 & Apr. 25, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Doles' conclusory and speculative claim that the United States entrapped him into distributing drugs within 1000 feet of a school lacks merit.